IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

THOMAS KURTZ,

       Plaintiff,

v.                                         Case No. 1:24-cv-11-AW-MAF

SERGEANT WILCOX, et al.,

       Defendants.

_____/

## ORDER OF DISMISSAL

Plaintiff's complaint was unaccompanied by a filing fee or an *in forma pauperis* motion. Through the magistrate judge's report and recommendation, Plaintiff was advised of this. ECF No. 3. Plaintiff took no action and presented no objection to the magistrate judge's recommendation of dismissal.

Under these circumstances, I have determined dismissal is appropriate. The clerk will enter a judgment that says, "This case is dismissed without prejudice because Plaintiff did not pay the filing fee or move for *in forma pauperis status*." The clerk will then close the file. If Plaintiff has a valid claim, he may file a new action and submit the filing fee or an *in forma pauperis* motion simultaneously with his initial filing. *See* N.D. Fla. Loc. R. 5.3.

SO ORDERED on February 22, 2024.

                                   s/ *Allen Winsor*_____
                                   United States District Judge